1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

GREG WELDON PHILLIPS,

                    Defendant.

NO. MJ14-489

DETENTION ORDER

Offenses charged:

Count 1:     Possession of Child Pornography

Count 2:     Distribution of Child Pornography

Count 3:     Receipt of Child Pornography

Date of Detention Hearing:  December 16, 2014.

          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     The charges against the defendant carry with them presumption of detention.

2.     The complaint alleges that Defendant has engaged in chat room discussions

expressing a strong desire to rape a child.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3.      According to the complaint and the government's proffer, defendant recently took a number of photographs, many of which focused on a specific young girl at a public fountain.

4.      According to the complaint and the government's proffer, defendant posted the photos to a website known to be used by collectors and traders of child pornography.

5.      There are no conditions or combination of conditions other than detention that will reasonably assure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _16th_ day of December, 2014.


_James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3