THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR14-369RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION TO FILE HIS |
| ) | OVERLENGTH MOTION FOR |
| GREG WELDON PHILLIPS, ) | COMPASSIONATE RELEASE |
| Defendant. ) | |

This matter comes before the Court on the motion by the defendant to file his overlength Motion for Compassionate Release. Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion (Dkt. #49).  Leave of the Court is GRANTED to the defendant to file his overlength Motion for Compassionate Release that exceeds the 12-page limit.

DATED this 11th day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION
(*Greg Weldon Phillips*; CR14-369RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100